598

Submitted March 21, 1977. Timothy A. Crawford, Jr., for appellant; Michael R. Stiles and Eric B. Henson, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, J., dissents based on *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).

379 A.2d 586

Commonwealth, Appellant, v. Farabee.

Submitted November 8, 1976. Roger J. Gaydos, Assistant District Attorney, and Jess D. Costa, District Attorney, for Commonwealth, appellant; James A. Moschetta, for appellee.

OPINION PER CURIAM: The case is certified to the Supreme Court of Pennsylvania.

VAN der VOORT, J., dissents for the reasons set forth in the dissenting opinion in *Commonwealth v. Meyer*, 247 Pa. Superior Ct. 326, 372 A.2d 850 (1977).

379 A.2d 586

Commonwealth v. Finks, Appellant.